IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 16-05072 |
| | ) |
| John M. Scali, Sr., | ) Chapter 11 |
| | ) Judge Thorne |
| | ) |
| debtor/debtor-in-possession. | ) (Jointly Administered) |

## NOTICE OF MOTION

Scott R. Clar of the law firm of Crane, Heyman, Simon, Welch & Clar has filed papers with the court For Allowance and Payment of Final Compensation and Reimbursement of Expenses.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to allow the requested compensation, or if you want the court to consider your views on the motion, then on or before **December 27, 2016**, you or your attorney must:

File with the court a written request for a hearing, or, if the court requires a written response, an answer, explaining your position at:

United States Bankruptcy Court
219 S. Dearborn Street
Chicago, IL 60604

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

Debtor/Movant's Attorney
Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago, IL 60603

(Attend the hearing scheduled to be held on **December 28, 2016**, at 9:30 a.m. in Courtroom 613, United States Bankruptcy Court, 219 S. Dearborn Street, Chicago, Illinois 60604.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: December 5, 2016     By: /s/Scott R. Clar
135 S. LaSalle Street, Suite 3705
Chicago, IL 60603

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion and the Notice of Hearing to be served on all the parties with an asterisk (*) list via court's electronic registration/email (as indicated), and a copy of the Notice of Hearing only was served upon all parties on the attached service list on the 5th day of December, 2016, before the hour of 5:00 p.m.

/s/Scott R. Clar

**DEBTOR'S COUNSEL**:
Scott R. Clar
(Atty. No. 06183741)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777

-2-

## SERVICE LIST

**Court's Electronic Registration**:

United States Trustee*
219 S. Dearborn, #873
Chicago, IL 60604

Joel H. Shapiro*
Kamenear Kadison Shapiro & Craig
20 N. Clark St., #2200
Chicago, IL 60602

Jeffrey M. Monberg*
Quarles & Brady LLP
300 N. LaSalle St., #4000
Chicago, IL 60654

Steven C. Lindberg*
Anselmo Lindberg Oliver LLC
1771 W. Diehl Rd., #120
Naperville, IL 60563

Timothy M. Nolan*
Nolan Law Office
53 W. Jackson Blvd., #1137
Chicago, IL 60604-3702

Steven B. Chaiken*
Henry B. Merens
Adelman & Gettleman, Ltd.
53 W. Jackson Blvd., #1050
Chicago, IL 60604

John M. Gierum*
Gierum & Mantas
2700 S. River Rd., #308
Des Plaines, IL 60018-4117

**Email**:

John M. Scali, Sr.*
5111 N. Mulligan
Chicago, IL 60630

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 16-05072 |
| ) | |
| John M. Scali, Sr., ) | Chapter 11 |
| ) | Judge Thorne |
| ) | |
| debtor/debtor-in-possession. ) | (Jointly Administered) |

**NOTICE OF HEARING ON**
**MOTION FOR FINAL COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES TO DEBTOR'S COUNSEL**

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that on December 5, 2016, a Motion was filed for Allowance and Payment of Final Compensation and Reimbursement of Expenses for the Debtor's Counsel, Crane, Heyman, Simon, Welch & Clar (the "Motion"), requesting the sum of $66,280.50 for legal services rendered to the Debtor for the period commencing February 17, 2016 through and including December 2, 2016, plus costs advanced for the same period in the amount of $2,837.24.

PLEASE TAKE FURTHER NOTICE that any person objecting to the Motion, is directed to file their objection(s) in writing with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604, on or before the hour of **4:30 p.m., on the 27th day of December, 2016**, with a copy of said objection(s) to be simultaneously served upon Scott R. Clar, Crane, Heyman, Simon, Welch & Clar, 135 South LaSalle, Suite 3705, Chicago, Illinois 60603.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion, together with objections timely filed, if any, will be held before the Honorable Deborah L. Thorne, Bankruptcy Judge, Courtroom No.. 613, 219 South Dearborn Street, Chicago, Illinois, on the **28th day of December, 2016**, at the hour of **9:30 a.m.**, at which time and place you may appear if you so see fit.

DATED: December 5, 2016

**DEBTOR'S COUNSEL**:
Scott R. Clar
(Atty. No. 06183741)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\MJO2\Scali\Fee.NOH.wpd

United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604

Joel H. Shapiro
Kathleen A. Stillson
20 N. Clark St. #2200
Chicago, IL 60602

Jeffrey M. Monberg
Quarles & Brady LLP
300 N. LaSalle St., #4000
Chicago, IL 60654

Steven C. Lindberg
Anselmo Lindberg Oliver LLC
1771 W. Diehl Rd., #120
Naperville, IL 60563

Timothy M. Nolan
Nolan Law Office
53 W. Jackson Blvd., #1137
Chicago, IL 60604-3702

Steven B. Chaiken
Henry B. Merens
Adelman & Gettleman, Ltd.
53 W. Jackson Blvd., #1050
Chicago, IL 60604

John Gierum
Gierum & Mantas
2700 S. River Rd., #308
Des Plaines, IL 60018-4117

American Family Insurance
636 Pratt Ave. N
Schaumburg, IL 60193-4557

Capital One USA, N.A.
PO Box 71083
Charlotte, NC 28272-1083

Chicago Tribune
25646 Network Place
Chicago, IL 60673-1256

City of Chicago/Water Billing
PO Box 6330
Chicago, IL 60680-6330

City of Chicago Dept. of Finance
Bureau of Utility Billing &
   Customer Service
PO Box 6330
Chicago, IL 60680-6330

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Commonwealth Edison Company
3 Lincoln Center
Attn: Bankruptcy Department
Oakbrook Terrace, IL 60181-4204

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

First Merit
PO 148
Akron, OH 44309-0148

Groot
2500 Landmeier Rd.
Elk Grove Village, IL 60007

Hudson Energy
PO Box 142109
Irving, TX 75014

Illinois Department of Revenue
100 W. Randolph Street
Legal Services M/C 7-900
Chicago, IL 60601

Illinois Department of Revenue
State of Illinois Center
100 W. Randolph St.
Chicago, IL 60601-3300

Internal Revenue Service
Mail Stop 5014CHI
230 S. Dearborn St., Room 2600
Chicago, IL 60604-1705

Lakeside Bank
1055 W. Roosevelt Road
Chicago, IL 60608

Laner Muchin Ltd.
515 N. State St., #2800
Chicago, IL 60654-4688

Meds Mgmt Group LLC
PO Box 52001, Dept. 939
Phoenix, AZ 85072-2001

Michael Bartholomew
6600 N. Sauganash
Lincolnwood, IL 60712-3030

Mood Muzak LLC
1703 W. 5th St., #600
Austin, TX 78703

Navient
PO Box 8500
Wilkes Barre, PA 18773-9500

Parent Petroleum
37 W. 370 Route 38
Saint Charles, IL 60175-1588

Peoples Gas
PO Box 19100
Green Bay, WI 54307-9100

RBS Citizens
PO Box 42113
Providence, RI 02940

Roberto Villalva
4059 W. Grand, Apt. 2
Chicago, IL 60651

Sentry Pest Control Inc.
3425 W. Peterson
Chicago, IL 60659

Simoniz USA Inc.
201 Boston Turnpike
Bolton, CT 06043

Sprint
PO Box 8077
London, KY 40742-8077

State Farm
PO Box 44110
Mathews, VA 23109-6000

Stella Nanos
5111 Mulligan
Chicago, IL 60630

Verizon
PO Box 4002
Acworth, GA 30101-9003

Wells Fargo Home Mortgage
PO Box 14547
Des Moines, IA 50306-4547

Wells Fargo Visa
PO Box 51194
Los Angeles, CA 90051-5493

Wells Fargo Bank, N.A.
Attn: Bankruptcy Department
MAC# D3347-014
3746 Stateview Blvd.
Fort Mill, SC 29715-7203

Wells Fargo Card Services
1 Home Campus, 3rd Floor
Des Moines, IA 50328-0001

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-05072 |
| | ) | |
| John M. Scali, Sr., | ) | Chapter 11 |
| | ) | Judge Thorne |
| | ) | |
| debtor/debtor-in-possession. | ) | (Jointly Administered) |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant: <u>CRANE, HEYMAN, SIMON, WELCH & CLAR, Debtor's Counsel</u>

Authorized to Provide
Professional Services to: <u>Debtor</u>

Date of Order
Authorizing Employment:   <u>March 10, 2016</u>

Period for Which Compensation
is Sought:   From: <u>February 17, 2016</u>   through <u>December 2, 2016</u>

Amount of Fees Sought:  <u>$66,280.50</u>

Amount of Expense
Reimbursement Sought:  <u>$2,837.24</u>

This is a(n):  Interim Application  ___    Final Application  <u>X</u>

If this is not the first Application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|
| | None | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses herein is: $21,717.00 (retainer) to be credited against final allowance.

| | | |
|---|---|---|
| Date: <u>December 5, 2016</u> | Applicant: | Scott R. Clar and the firm <u>Crane, Heyman, Simon, Welch & Clar</u> |
| | | By: <u>/s/Scott R. Clar</u> |
| | | Debtor's Counsel |

-1-

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 16-05072 |
| | ) |
| John M. Scali, Sr., | ) Chapter 11 |
| | ) Judge Thorne |
| | ) |
| debtor/debtor-in-possession. | ) (Jointly Administered) |

**MOTION OF THE LAW FIRM OF CRANE, HEYMAN, SIMON, WELCH
& CLAR, AS DEBTOR'S COUNSEL, FOR ALLOWANCE AND PAYMENT
OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

NOW COMES SCOTT R. CLAR and the law firm of Crane, Heyman, Simon, Welch & Clar ("CHSWC"), counsel for JOHN M. SCALI, SR., debtor/debtor-in-possession herein ("Debtor"), and for their motion Pursuant to § 330 of the Bankruptcy Code For Allowance and Payment of Final Compensation and Reimbursement of Expenses (the "Motion"), respectfully state as follows:

**Introduction**

1. On February 17, 2016, the Debtor filed his voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor is operating his business and managing his financial affairs as debtor-in-possession. No trustee, examiner or committee of unsecured creditors has been appointed to serve in this reorganization case.

3. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. Sections 157 and 1334. Venue lies properly in this Court pursuant to 28 U.S.C. Sections 1408 and 1409. This matter is a "core" proceeding pursuant to 28 U.S.C. Section 157(b).

4. The statutory predicate for the relief requested in this Motion is § 330 of the Bankruptcy Code.

**Relevant Factual Background**

5.  Scali is an individual who is the owner and operator of G&P, which occupies commercial property owned by Scali through a land trust of which he is the sole beneficiary (the "Trust"), located at 3949-51, 3953-55 and 3965 a/k/a 3959 W. Grand Ave, Chicago (the "Grand Pulaski Property"). Scali also owns and resides in a single family residence located at 5111 N. Mulligan, Chicago, Illinois, and the Trust also owns rental property located at 1331 N. Pulaski Rd., Chicago (the "2-Flat"). The 2-Flat is located adjacent to G&P and is fully rented. G&P collects the rent and manages the Section 8 Property.

6.  The Grand Pulaski Property is comprised of a gas station, convenience store, car wash and Dunkin Donuts franchise. G&P is itself a Chapter 11 debtor in this jointly administered case, represented by separate counsel. G&P pays rent to Scali on a monthly basis, consisting of the monthly accrual of real estate taxes and property insurance, and the amount of the monthly mortgage payment owed to Lender. G&P also pays utilities for the Grand Pulaski Property.

7.  The Debtor and G&P filed their Chapter 11 cases in order to achieve restructuring of secured and unsecured debt, including a private lawsuit filed against the Debtors under the Fair Labor Standards Act (the "Villalva/Nolan Claim").

8.  During his Chapter 11 case, the Debtor has achieved resolution of the Villalva/Nolan Claim, and the Debtor and G&P's secured claims, now held by Michael Bartholomew ("Bartholomew"). The secured claims attaching to the G&P Property were formerly held Lakeside Bank.

9.  The Debtor and G&P have filed plans and disclosure statements, as amended, and a combined hearing on adequacy of the disclosure statements and confirmation of the Debtor and G&P's plans is scheduled to be held January 10, 2017. It is anticipated that both plans are consensual.

**Relief Requested**

10. By this Motion, CHSWC requests an allowance of final compensation and reimbursement of expenses in the amounts of $66,280.50 and $2,837.24, respectfully, for the period commencing February 17, 2016 through and including December 2, 2016, and a direction to the Debtor to pay fees and expenses allowed in excess of the Pre-Petition Retainer.

11. The majority of time spent in the Debtor's Chapter 11 case has been in connection with administrative matters as described below, and the formulation of a plan of reorganization, including the successful resolution of the Villalva/Nolan claim.

## CHSWC BIOGRAPHICAL INFORMATION

12. CHSWC is a law firm whose practice is almost exclusively concentrated in the fields of bankruptcy, insolvency and commercial matters. The firm is comprised of nine (9) attorneys, all of whom have significant experience and expertise in the law firm's area of concentration. The following is certain biographical information pertaining to Scott R. Clar, the member of the law firm who has rendered the majority of the services in the Debtor's Chapter 11 case.

**SCOTT R. CLAR**

Scott R. Clar is a member of the law firm of Crane, Heyman, Simon, Welch & Clar, and has been a practicing attorney in the State of Illinois since 1982. He has been primarily responsible for the representation of the Debtor in this case. From January, 1985, through September, 1986, he was employed as a staff attorney with the United States Trustee's Office in the Northern District of Illinois, where he administered over 200 Chapter 11 cases, as well as supervised Chapter 7 panel trustees. From September, 1986, through December, 1987, he was employed by the law firm of Adelman & Gettleman, Ltd., where he continued to practice in the areas of bankruptcy and insolvency related matters. In

January 1988, he became associated with Dannen, Crane, Heyman & Simon, predecessor to CHSWC, and became a partner in 1994.  His practice is concentrated in the field of bankruptcy, having represented Chapter 7 and Chapter 11 debtors, trustees, unsecured creditors' committees and individual creditors.  Mr. Clar has been a panel member and a moderator for several bar association-sponsored bankruptcy seminars.  He is a member of the Federal Trial Bar.  He is a former Chairman of the Chicago Bar Association Committee on Bankruptcy and Reorganization.

13.   The hourly rates charged by CHSWC for legal services rendered in this bankruptcy case are as follows:

| Attorney | 2016 Rate |
|---|---|
| Eugene Crane ("EC") | $495.00 |
| Arthur G. Simon("AGS") | $495.00 |
| David K. Welch ("DKW") | $495.00 |
| Scott R. Clar ("SRC") | $495.00 |
| Jeffrey C. Dan ("JCD") | $430.00 |
| Brian P. Welch ("BPW") | $310.00 |
| Glenn R. Heyman ("GRH") (Of Counsel) | $495.00 |
| Thomas W. Goedert ("TWG") (Of Counsel) | $440.00 |
| John H. Redfield ("JHR") (Of Counsel) | $395.00 |

These hourly rates are the customary and usual rates which CHSWC charges clients on matters of this nature.

14.   The total time expended by CHSWC attorneys in connection with this Chapter 11 case during the period commencing February 9, 2016 through and including November 30, 2016 is as follows:

| Attorney | 2016 Hours | Amount |
|---|---|---|
| Scott R. Clar ("SRC") | 133.9 | $66,280.50 |
| **Total:** | **133.9** | **$66,280.50** |

## LEGAL SERVICES RENDERED

15.   The legal services rendered by CHSWC, as more fully described in Exhibits A through D, have been divided into the following categories:

A. **Administrative Matters**

CHSWC expended time in connection with the preparation of the bankruptcy schedules and Statement of Financial Affairs, and attendance and participation at first meeting of creditors and initial debtor interview, and other matters.

Total Time Expended:    **24.4 hours**

| Attorney | 2016 Hours | Amount |
|---|---|---|
| Scott R. Clar ("SRC") | 24.4 | $12,078.00 |
| **Total** | **24.4** | **$12,078.00** |

Attached to this Motion as Exhibit "A" is an itemization of the legal services rendered in this category.

B. **Matters Dealing With Lakeside Bank and Bartholomew**

CHSWC expended time in connection with negotiating cash collateral orders in both the Debtor and the G&P Chapter 11 cases, attempted to obtain consensual resolution with Lakeside Bank of its secured claim, and also in connection with the ultimate resolution of the secured claim with Bartholomew. A significant amount of time was spent attempting to elicit a response from Lakeside to the Debtor and G&P's proposed treatment of Lakeside's secured and unsecured claims.

Total Time Expended:    **25.9 hrs.**

| Attorney | 2016 Hours | Amount |
|---|---|---|
| Scott R. Clar ("SRC") | 25.9 | $12,820.50 |
| **Total** | **25.9** | **$12,820.50** |

Attached to this Motion as Exhibit "B" is an itemization of the legal services rendered in this category.

C. **Matters Concerning the FSLA Lawsuit**

CHSWC expended time in connection with the lawsuits filed by Roberto Villalva in the District Court, including appearances before District Judge Shadur, and resolution of the Villalva/Nolan claim, which paved the way, in part, for the Debtor and G&P's consensual plan.

-5-

Total Time Expended:    **34.2 hours**

| Attorney | 2016 Hurs | Amount |
|---|---|---|
| Scott R. Clar ("SRC") | 34.2 | $16,929.00 |
| **Total** | **34.2** | **$16,929.00** |

Attached to this Motion as Exhibit "C" is an itemization of the legal services rendered in this category.

D. **Matters Concerning the Plan of Reorganization and Disclosure Statement**

CHSWC expended a considerable amount of time in connection with the Debtor's Plan, Disclosure Statement and First Amended Disclosure Statement which was amended to address concerns raised by the United States Trustee concerning the liquidation analysis of the Debtor's assets.

Total Time Expended:    **41.2 hours**

| Attorney | 2016 Hours | Amount |
|---|---|---|
| Scott R. Clar ("SRC") | 41.2 | $20,394.00 |
| **Total** | **41.2** | **$20,394.00** |

Attached to this Motion as Exhibit "D" is an itemization of the legal services rendered in this category.

E. **Matters Concerning the Residential Real Property**

CHSWC expended time in connection with the sale of the 2-Flat, including employment of a broker and communication with that broker regarding potential sales.

Total Time Expended:    **5.9 hours**

| Attorney | 2016 Hours | Amount |
|---|---|---|
| Scott R. Clar ("SRC") | 5.9 | $2,920.50 |

-6-

| | **Total** | 5.9 | $2,920.50 |
|---|---|---|---|

Attached to this Motion as Exhibit "E" is an itemization of the legal services rendered in this category.

### F. Matters Concerning Preparation of this Fee Motion

CHSWC expended 2.3 hours in connection with the preparation of this Motion, including categorizing time in preparing this Motion.

Total Time Expended:    **2.3 hours**

| Attorney | 2016 Hours | Amount |
|---|---|---|
| Scott R. Clar ("SRC") | 2.3 | $1,138.50 |
| **Total** | **2.3** | **$1,138.50** |

Attached to this Motion as Exhibit "F" is an itemization of the legal services rendered in this category.

### EXPENSES INCURRED

16. During the course of the representation of the Debtor, CHSWC has incurred necessary expenses for which reimbursement is sought. The total amount of these expenses for the period commencing February 17, 2016 through and including December 2, 2016 is $2,837.24. Attached to this motion as **Exhibit G** is an itemization of the expenses incurred.

### CONCLUSION

17. Other than as provided in Section 504(b) of the Bankruptcy Code, CHSWC has not shared, or agreed to share, any compensation received as a result of this case with any person, firm or entity. No promises concerning compensation have been made to CHSWC by any person, firm or entity.

18. CHSWC asserts that the compensation requested in this Motion is reasonable compensation for the actual and necessary legal services rendered, based upon the time, nature, extent and value of such legal services. CHSWC further asserts that the cost of

-7-

legal services rendered for and on behalf of the Debtor is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

19. CHSWC asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Debtor.

20. It is anticipated that CHWSC will be paid $20,000 for allowance of its fees from G&P, along with $20,000 to be paid of allowed fees to the law firm of Kamenear, Kadison, Shapiro & Craig out of G&P as well. The remained of any allowed fees to CHSWC will be paid post-confirmation by the Debtor, as cash is available.

WHEREFORE, for the foregoing reasons, Scott R. Clar and the law firm of Crane, Heyman, Simon, Welch & Clar, counsel for the Debtor, prays for the entry of an order pursuant to Section 330 of the Bankruptcy Code, as follows:

a) Allowing final compensation and reimbursement of expenses to CHSWC in the amounts of $66,280.50 and $2,837.24, respectively for services provided and expenses incurred from the period commencing February 17, 2016, through and including December 2, 2016.

b) Authorizing and directing payment by the Debtor to CHSWC of the sum of $47,400.74, representing unpaid fees and expenses in excess of the Pre-Petition Retainer; and

c) Granting such other relief as may be just and equitable.

Respectfully submitted:

John M. Scali, Sr.
debtor/debtor-in-possession

By: /s/Scott R. Clar
One of his attorneys

**DEBTOR'S COUNSEL**:
Scott R. Clar
(Atty. No. 06183741)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\MJO2\Scali\Pay CHSWC.mot and NOM.wpd

-8-