**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Case No. 16-05072 (Jointly Administered) |
| JOHN M. SCALI, SR., | ) ) ) | Chapter 11 |
| Debtor. | ) ) | Hon. Deborah L. Thorne |
|  | ) ) ) | Hearing Date:   03/23/17 Hearing Time:   at 9:30 a.m. |

------------------------------------------------------------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Case No. 16-05081 |
| GRAND & PULASKI CITGO, INC., | ) ) ) | Chapter 11 |
| Debtor. | ) ) | Hon. Deborah L. Thorne |

To:    SEE ATTACHED SERVICE LIST

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE THAT on Thursday, March 23, 2017 at 9:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Deborah L. Thorne, United States Bankruptcy Judge, in courtroom 613 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other United States Bankruptcy Judge who may be sitting in her place and stead, and shall then and there present **Motion for Final Decree** filed on behalf of Grand & Pulaski Citgo, Inc., Debtor and Debtor-in-Possession herein, a copy of which is hereto attached and served upon you.

      AT WHICH TIME AND PLACE you may appear if you so see fit.

                                                   /s/ Joel H. Shapiro
                                       KAMENEAR KADISON SHAPIRO & CRAIG
                                       Attorneys for Grand & Pulaski Citgo, Inc.
                                       20 North Clark Street, Suite 2200
                                       Chicago, IL 60602
                                       (312) 332-0490

CERTIFICATE OF SERVICE

Joel H. Shapiro, an attorney, certifies that he caused to be served a true copy of the foregoing **Notice of Motion** and **Motion for Final Decree** to those shown on the attached Service List by CM/ECF Electronic Notice for Registrants, and/or to those shown on the attached Service List, as specified, by enclosing the same in envelopes properly addressed, first class postage prepaid, and depositing same in the United States Mail at 20 North Clark Street, Chicago, Illinois 60602 on the 20th day of February, 2017 before the hour of 4:00 p.m.

                                                  /s/ Joel H. Shapiro

## SERVICE LIST

**CM/ECF Electronic Notice**

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn Street, Room 873
Chicago, IL 60604
USTPRegion11.ECF@usdoj.gov

Scott R. Clar
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
sclar@craneheyman.com

Jeffrey M. Monberg
Quarles & Brady LLP
300 N. LaSalle Street, Suite 4000
Chicago, IL 60654
jeffrey.monberg@quarles.com

Steven C. Lindberg
Anselmo Lindberg Oliver LLC
1771 W. Diel Road, #120
Naperville, IL 60563
bankruptcy@fallaw.com

Steven B. Chaiken
Adelman & Gettleman
53 W. Jackson Blvd., Suite 1050
Chicago, IL 60604
schaiken@ag-ltd.com

Henry B. Merens
Adelman & Gettleman
53 W. Jackson Blvd., Suite 1050
Chicago, IL 60604
hbm@ag-ltd.com

John Gierum
Gierum & Mantas
2700 S. River Road, #308
Des Plaines, IL 60018
john@gierummantas.com

**Via First Class U.S. Mail**

Timothy M. Nolan
Nolan Law Office
53 W. Jackson Blvd., #1137
Chicago, IL 60604-3702

Chicago Tribune
25646 Network Place
Chicago, IL 60673-1256

Attn: Montgomery Utzman

City of Chicago
Dept. of Finance\
Utility Billing and Customer Service
P.O. Box 6330
Chicago, IL 60680-6330

ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111

Comcast
P.O. Box 3001
Southeastern, PA 19398-3001

Groot
2500 Landmeier Road
Elk Grove Village, IL 60007

Attn: Yaguta

Mood Muzak LLC
1703 W. 5th Street
Suite 600
Austin, TX 78703

Laner Muchin Ltd
515 N. State street
Suite 2800
Chicago, IL 60654-4688

Attn: Antonio Caldarone

Meds Mgmt Group LLC
P.O. Box 52001
Dept 939
Phoenix, AZ 85072-2001

Parent Petroleum, Inc.

37 W. 370 Route 38
Saint Charles, IL 60175-1588

Attn: Pete Mancini

Peoples Gas Light & Coke Company
200 East Randolph Street
Chicago, IL 60601

RBS Citizens
P.O. Box 42113
Providence, RI

Simonize USA Inc.
210 Boston Turnpike
Bolton, CT 06043

Sprint
P.O. Box 8077
London, KY 40742-8077

State Farm Insurance
P.O. Box 44110
Jacksonville, FL 32231-4110

Attn: Linda

Sentry Pest Control
3425 W. Peterson
Chicago, IL 60659Verizon
P.O. Box 4002
Acworth, GA 30101

American Family Insurance
636 Pratt Avenue N
Schaumburg, IL 60193-4557

Illinois Dept. of Lottery
James R. Thompson Center
100 W. Randolph Street
Chicago, IL 60601-3274

Verizon
P.O. Box 4002
Acworth, GA 30101

John M. Scali, Sr.
Grand & Pulaski Citgo, Inc.
1345 North Pulaski Road
Chicago, IL 60651

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) | Case No. 16-05072 |
|  | ) | (Jointly Administered) |
|  | ) |  |
| JOHN M. SCALI, SR., | ) | Chapter 11 |
|  | ) |  |
| Debtor. | ) | Hon. Deborah L. Thorne |
|  | ) |  |
|  | ) | Hearing Date:    03/23/17 |
|  | ) | Hearing Time:    at 9:30 a.m. |

---

|  |  |  |
|---|---|---|
| In re: | ) ) | Case No. 16-05081 |
|  | ) |  |
| GRAND & PULASKI CITGO, INC., | ) | Chapter 11 |
|  | ) |  |
| Debtor. | ) | Hon. Deborah L. Thorne |
|  | ) |  |

**MOTION FOR FINAL DECREE**

To the Honorable Deborah L. Thorne, Bankruptcy Judge:

Now comes Grand & Pulaski Citgo, Inc., Debtor and Debtor in Possession herein, by its attorney, Joel H. Shapiro of the law firm of Kamenear Kadison Shapiro & Craig ("KKS&C"), and in support of its Motion for Final Decree, filed pursuant to Section 1102(2) of the Bankruptcy Code and Rule 3022 of the Federal Rules of Bankruptcy Procedure, respectfully states as follows:

1. On February 17, 2016 ("Petition Date"), Grand & Pulaski Citgo, Inc., the Debtor and Debtor-in-Possession herein ("Debtor"), filed its Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code.

2. The Debtor's Chapter 11 case is jointly administered with the Chapter 11 case of John M. Scali, Sr. ("Scali").

3. The Debtor is the owner and operator of the Grand & Pulaski Citgo service station which occupies the commercial property owned by Scali through a land trust of which he is the sole beneficiary (the "Trust"), located at 3949-51, 3953-55 and 3965 West Grand Avenue a/k/a 3959 W. Grand Ave, Chicago (the "G&P Property"). In addition to the G&P Property from which the Debtor operates its business (the "G&P Service Station"), the Debtor also manages the adjacent residential rental property located at 1331 N. Pulaski Rd., Chicago (the "Two Flat"), title to which is also held by the Trust.

4. From the Petition Date through January 10, 2017, the date on which this Court confirmed the Debtor's First Amended Chapter 11 Plan of Reorganization, the Debtor operated its business and managed its financial affairs as debtor-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code (11 U.S.C §§101 *et seq.*).

5. No trustee, examiner or committee of unsecured creditors has been appointed to serve in this reorganization case.

6. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

7. This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A).

8. The Debtor's Plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code, in that:

    a. Holders of Class 5 general unsecured claims, as specified in the Plan, have received the full dividend and distribution provided in the Plan as set forth in Exhibit "A" attached hereto;

    b. Holders of the Class 6 Villalva/Nolan Claims have been paid $60,000 constituting the full dividend and distribution to be paid pursuant to the Plan; and

   c.  Holders of Class 1, Class 2 and Class 3 secured claims have been paid as of the Effective Date of the Plan or are being paid currently in accordance with the terms of the Plan.

  9.  Based on the foregoing facts, the Debtor requests the entry of a Final Decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure.

  **WHEREFORE,** Grand & Pulaski Citgo, Inc., Debtor and Debtor in Possession herein, respectfully requests the entry of a Final Decree closing the above captioned case, subject to the payment of the Trustee's Quarterly Fees for the first quarter of 2017, and granting such other and further relief as the Court finds just and proper under the circumstances.

  Dated: February 20, 2017

                Respectfully submitted,

                Grand & Pulaski Citgo, Inc.,
                Debtor/Debtor -in-Possession

                By: /s/ Joel H. Shapiro
                  One of its attorneys

Joel H. Shapiro (ARDC #2566168)
KAMENEAR KADISON SHAPIRO & CRAIG
Attorneys for Debtor
20 North Clark Street, Suite 2200
Chicago, IL 60602
(312) 332-0490

# EXHIBIT "A"

## CLASS 5 CLAIMANTS AND TREATMENT OF CLAIMS

| Creditor | Claim Number | Amount | Dividend (20%) |
|---|---|---|---|
| City of Chicago<br>Department of Finance<br>Utility Billing and Customer Service<br>P.O. Box 6330<br>Chicago, IL 60680 | 1 | $167.76 | $33.55 |
| Peoples Gas Light & Coke Company<br>200 East Randolph Street<br>Chicago, IL 60601 | 2 | $266.97 | $53.39 |
| Chicago Tribune<br>25646 Network Place<br>Chicago, IL 60673<br>Attn: M. Utzman | | $497.84 | $99.57 |
| Comcast<br>P.O. Box 3001<br>Southeastern, PA 19398-3001 | | $352.13 | $70.43 |
| ComEd<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 | | 135.01 | $27.00 |
| Laner Muchin Ltd.<br>515 N. State Street<br>Suite 2800<br>Chicago, IL 60654-4688 | | $13,150.00 | $2,630.00 |

| Creditor | Claim Number | Amount | Dividend (20%) |
|---|---|---|---|
| Meds Mgmt. Group, LLC<br>P.O. Box 52001<br>Dept. 939<br>Phoenix, AZ 85072-2001 | | $1,411.60 | $282.32 |
| Mood Muzak LLC<br>1703 W. 5th Street<br>Suite 600<br>Austin, TX 78703 | | $138.50 | $27.70 |
| Sentry Pest Control Inc.<br>3425 W. Peterson<br>Chicago, IL 60659 | | $40.00 | $8.00 |
| Simonize USA Inc.<br>210 Boston Turmpike<br>Bolton, CT 06043 | | $175.00 | $35.00 |
| Sprint<br>P.O. Box 8077<br>London, KY 40742-8077 | | $223.66 | $44.73 |
| Verizon<br>P.O. Box 4002<br>Acworth, GA 300101 | | $60.08 | $12.02 |
| | Totals: | $16,479.95 | $3,295.99 |