IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 16-05072 |
| | ) |
| John M. Scali, Sr., | ) Chapter 11 |
| | ) Judge Thorne |
| | ) |
| debtor/debtor-in-possession. | ) (Jointly Administered) |

## NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE that on the 23rd day of March, 2017, at the hour of 9:30 a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable Deborah L. Thorne, Bankruptcy Judge, in room 613 of the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Motion for Final Decree,** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that a copy of the foregoing Notice and attached Motion was caused to be served electronically via the Court's Electronic Registration/first class mail (as indicated) to all parties on the attached service list, on the 21st day of February, 2017 before the hour of 5:00 p.m.

/s/Scott R. Clar

-1-

## SERVICE LIST

**Court's Electronic Registration:**

United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

Joel H. Shapiro
Kamenear Kadison Shapiro & Craig
20 N. Clark St., #2200
Chicago, IL 60602
jshapiro@kksclaw.com

Jeffrey M. Monberg
Quarles & Brady LLP
300 N. LaSalle St., #4000
Chicago, IL 60654
jeffrey.monberg@quarles.com,
jenny.fik@quarles.com

Steven C. Lindberg
Anselmo Lindberg Oliver LLC
1771 W. Diehl Rd., #120
Naperville, IL 60563
bankruptcy@fallaw.com

Steven B. Chaiken
Henry B. Merens
Adelman & Gettleman, Ltd.
53 W. Jackson Blvd., #1050
Chicago, IL 60604
schaiken@ag-ltd.com, lhope@ag-ltd.com
hbm@ag-ltd.com

John E. Gierum
Gierum & Mantas
2700 S. River Rd., #308
Des Plaines, IL 60018
john@gierummantas.com,
karen@gierummantas.com

**Via First Class Mail:**

American Family Insurance
636 Pratt Ave. N
Schaumburg, IL 60193-4557

Alfonzo Martinez
2327 N. Major Ave.
Chicago, IL 60639-2935

Capital One Visa
PO Box 71083
Charlotte, NC 28272-1083

Chicago ATM Systems Inc.
Attn: Michelle J. Senatore Pres
20 Danada West
Wheaton, IL 60189-2000

Citizens Bank N.A.
1 Citizens Drive Mailstop ROP15B
Riverside, RI 02915-3019

City of Chicago /Water Billing
PO Box 6330
Chicago, IL 60680-6330

City of Chicago Department of Finance
Bureau of Utility Billing and Customer
Service
PO Box 6330
Chicago, IL 60680-6330

Chicago Tribune
25646 Network Place
Chicago, IL 60673-1256

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Commonwealth Edison Company
3 Lincoln Center
Attn: Bankruptcy Department
Oakbrook Terrace, IL 60181-4204

Illinois Dept. of Lottery
James R. Thompson Center
100 W. Randolph Street
Chicago, IL 60601-3218

Illinois Department of Revenue
State of Illinois Center
100 W. Randolph St.
Chicago, IL 60601-3300

-2-

Internal Revenue Service
Mail Stop 5014CHI
230 S. Dearborn St., Room 2600
Chicago, IL 60604-1705

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

First Merit
PO 148
Akron, OH 44309-0148

Groot
2500 Landmeier Rd.
Elk Grove Village, IL 60007

Hudson Energy
PO Box 142109
Irving, TX 75014

Illinois Department of Revenue
100 W. Randolph Street
Legal Services M/C 7-900
Chicago, IL 60601

Josue A. Morales
1236 N. Harding Ave.
Chicago, IL 60654-4688

Lakeside Bank
1055 W. Roosevelt Road
Chicago, IL 60608

Laner Muchin Ltd.
515 N. State St., #2800
Chicago, IL 60654-4688

Meds Mgmt Group LLC
PO Box 52001, Dept. 939
Phoenix, AZ 85072-2001

Mood Muzak LLC
1703 W. 5th St., #600
Austin, TX 78703

Navient
PO Box 8500
Wilkes Barre, PA 18773-9500

Parent Petroleum
37 W. 370 Route 38
Saint Charles, IL 60175-1588

Pedro Agular
1646 N. Keystone Ave.
Chicago, IL 60639-5202

Peoples Gas
PO Box 19100
Green Bay, WI 54307-9100

RBS Citizens
PO Box 42113
Providence, RI 02940

Roberto Villalva
4059 W. Grand, Apt. 2
Chicago, IL 60651

Saavedera-Guzman Gilberton
1243 N. Pulaski, 2nd Floor
Chicago, IL 60651-1910

Sentry Pest Control Inc.
3425 W. Peterson
Chicago, IL 60659

Simoniz USA Inc.
201 Boston Turnpike
Bolton, CT 06043

Sprint
PO Box 8077
London, KY 40742-8077

Stella Nanos
5111 Mulligan
Chicago, IL 60630

State Farm
PO Box 44110
Mathews, VA 23109-6000

Timothy M. Nolan
Nolan Law Office
53 W. Jackson Blvd., #1137
Chicago, IL 60604-3702

Wells Fargo Home Mortgage
PO Box 14547
Des Moines, IA 50306-4547

Wells Fargo Bank, N.A.
Attn: Bankruptcy Department
MAC# D3347-014
3476 Stateview Blvd.
Fort Mill, SC 29715-7203

Wells Fargo Card Services
1 Home Campus, 3rd Floor
Des Moines, IA 50328-0001

Wells Fargo Visa
PO Box 51194
Los Angeles, CA 90051-5493

Michael Bartholomew
6600 N. Sauganash
Lincolnwood, IL 60712-3030

John M. Scali
5111 Mulligan
Chicago, IL 60630

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case No. 16-05072 |
| John M. Scali, Sr., | Chapter 11<br>Judge Thorne |
| debtor/debtor-in-possession. | (Jointly Administered) |

## MOTION FOR FINAL DECREE

John M. Scali, Sr., debtor/debtor-in-possession herein ("Debtor"), by and through his Attorneys, and in support of his Motion for Entry of Final Decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure, respectfully states as follows:

**Introduction and Jurisdiction**

1. On February 17, 2016, the Debtor filed his voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor managed his financial affairs as a debtor-in-possession until January 10, 2017, when this Court confirmed the Debtor's First Amended Plan of Reorganization ("Plan"). No trustee, examiner or official committee of unsecured creditors were appointed in the Debtor's Chapter 11 case.

3. The Debtor is an individual who is the owner and operator of Grand & Pulaski Citgo, Inc. ("Grand & Pulaski"), which occupies commercial property owned by the Debtor through a land trust, of which he is the sole beneficiary (the "Trust"), located at 3949-51, 3953-55 and 3965 a/k/a 3959 W. Grand Ave, Chicago (the Grand Pulaski Property").

4. The Debtor's Chapter 11 case is jointly administered with Grand & Pulaski's Chapter 11 case.

5. The Debtor also owns and resides in a single family residence located at 5111 N. Mulligan, Chicago, Illinois, and the Trust owns residential rental property located at 1331 N. Pulaski Rd., Chicago (the "Section 8 Property").

6. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

7. The Debtor's Plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code. Creditors have received the distributions listed on **Exhibit A** attached hereto, which constitutes full distribution under the Plan.

8. This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(a).

9. Based on the foregoing facts, the Debtor requests the entry of a Final Decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure, and for a discharge of the Debtor under Section 1141(d)(5) of the Bankruptcy Code.

WHEREFORE, John M. Scali, Sr., debtor/debtor-in-possession herein, prays for the entry of a Final Decree closing this Chapter 11 case, a discharge of the Debtor, and for such other relief as may be just and appropriate.

Respectfully submitted:

John M. Scali, Sr.
debtor/debtor-in-possession

By: /s/Scott R. Clar
       One of their Attorneys

**DEBTOR'S COUNSEL**:
Scott R. Clar
(Atty. No. 06183741)
Brian P. Welch
(Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\MJO2\Scali\Final Decree.mot and NOM.wpd

-2-