UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:  16-05072
JOHN M. SCALI, SR.  )
)  Chapter: 11
)  Honorable Deborah L. Thorne
)
)
Debtor(s)  )

## ORDER ADMINISTRATIVELY CLOSING CHAPTER 11 CASE AND GRANTING FINAL DECREE

THIS MATTER COMING TO BE HEARD upon the motion of John M. Scali, Sr. ("Debtor"), debtor/debtor-in-possession herein, for Entry of Final Decree, the Court having entered an Order Confirming the Debtor's Plan of reorganization on January 10, 2017, notice of said Motion having been given, no objections to said Motion having been filed or otherwise presented, and the Court being fully advised in the premises:

NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1) The Chapter 11 case is administratively closed.

2) The Court will retain jurisdiction to hear all matters as specified in the confirmed plan.

3  The Debtor qualifies for a discharge under 11 U.S.C. Section 1141(d)(5).

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  March 23, 2017

**Prepared by:**

DEBTOR'S COUNSEL:
Scott R. Clar
(Atty. No. 06183741)
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle, #3705
Chicago, IL 60641
(312) 641-6777
\mjo2\Scali\Final Decree.Ord