**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **John M. Scali Sr.** | Social Security number or ITIN **xxx–xx–1962** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court  **Northern District of Illinois**

Case number:  **16–05072**

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1141(d)(5) is granted to:

John M. Scali Sr.

March 24, 2017

**For the court:**  Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in an Individual Chapter 11 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 11 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

**For more information, see page 2 >**

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of an individual chapter 11 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                        Case No. 16-05072-DLT
John M. Scali, Sr.                                            Chapter 11
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0752-1          User: nbatson             Page 1 of 2          Date Rcvd: Mar 24, 2017
                              Form ID: 3180RI           Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2017.
db          +John M. Scali, Sr.,    5111 N. Mulligan,    Chicago, IL 60630-1812
aty         +Steven J Kadison,    law firm of Kamenear Kadison Shapiro & C,    20 N Clark Street,   Suite 2200,
              Chicago, IL 60602-5113
aty         +Thomas Craig, M,    KAMENEAR KADISON SHAPIRO & CRAIG,    20 North Clark Street, Suite 2200,
              Chicago, IL 60602-5113
24404666    +Alfonso Martinez,    2327 N Major Ave,    Chicago IL 60639-2935
24217839     American Family Insurance,    636 Pratt Ave. N,    Schaumburg, IL 60193-4557
24217840     Chicago Tribune,    25646 Network Place,    Chicago, IL 60673-1256
24404664    +Chicago ATM Systems Inc,    Attn: Michelle J Senatore Pres,    20 Danada West,
              Wheaton IL 60189-2000
24491363    +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
24532592     City of Chicago Department of Finance,    Bureau of Utility Billing and,    Customer Service,
              Post Office Box 6330,    Chicago, Illinois - IL 60680-6330
24217841     City of Chicago/Water Billing,    PO Box 6330,    Chicago, IL 60680-6330
24404668    +David Roman Ramos,    1013 N Kedvale,    Chicago IL 60651-3619
24217844    +Groot,   2500 Landmeier Rd.,    Elk Grove Village, IL 60007-2627
24217845    +Hudson Energy,    PO Box 142109,   Irving, TX 75014-2109
24404665    +Illinois Dept of Lottery,    James R Thompson Center,    100 W Randolph Street,
              Chicago IL 60601-3218
24404667    +Josue A Morales,    1236 N Harding Ave,    Chicago IL 60651-2023
24217847    +Lake Side Bank,    1055 W. Roosevelt Road,    Chicago, IL 60608-1559
24591769    +Lakeside Bank,    C/o Quarles & Brady LLP,    Attn: Jeffrey M. Monberg,
              300 N. LaSalle, Suite 4000,    Chicago, Illinois 60654-5427
24217848     Laner Muchin,    515 N. State St., #2800,    Chicago, IL 60654-4688
24217849     Meds Mgmt Group LLC,    PO Box 52001, Dept. 939,    Phoenix, AZ 85072-2001
25005782    +Michael Bartholomew,    c/o Gierum & Mantas,    2700 S. River Road Ste 308,
              Des Plaines, IL 60018-4117
24217850    +Mood Muzak LLL,    1703 W. 5th St., #600,    Austin, TX 78703-4894
24217851    +Nolan Law Office,    Adelman & Gettleman, Ltd,    53 W. Jackson Blvd.,Suite 1050,
              Chicago, IL 60604-3786
24217852    +Parent Petroleum,    37 W. 370 Route 38,    Saint Charles, IL 60175-1500
24588586    +Parent Petroleum Inc,    3340 West Main Street,    Attn Credit Dept,   St Charles IL 60175-1011
24404663    +Pedro Agular,    1646 N Keystone Ave,    Chicago IL 60639-5202
24217853    #Peoples Gas,    PO Box 19100,   Green Bay, WI 54307-9100
24217854    +RBS Citizens,    PO Box 42113,   Providence, RI 02940-2113
24586170    +Roberto Villalva,    Adelman & Gettleman, Ltd.,    53 W Jackson Blvd Ste 1050,
              Chicago IL 60604-3786
24404669    +Saavedera-Guzman Gilberton,    1243 N Pulaski 2nd Floor,    Chicago IL 60651-1910
24217855    +Sentry PEst Control Inc.,    3425 W. Peterson,    Chicago, IL 60659-3449
24217856    +Simoniz USA Inc.,    201 Boston Turnpike,    Bolton, CT 06043-7203
24217858     State Farm,    PO Box 44110,   Mathews, VA 23109-6000
24217859    +Verizon,   PO Box 4002,    Acworth, GA 30101-9003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
24414761     EDI: CAPITALONE.COM Mar 25 2017 00:28:00      Capital One Bank (USA), N.A.,    PO Box 71083,
              Charlotte, NC 28272-1083
24217842    +E-mail/Text: comedbankruptcygroup@exeloncorp.com Mar 25 2017 00:52:27      ComEd,   PO Box 6111,
              Carol Stream, IL 60197-6111
24217843     E-mail/Text: comedbankruptcygroup@exeloncorp.com Mar 25 2017 00:52:27      ComEd,
              Payment Processing,    P.O. Box 6111,   Carol Stream, IL 60197-6111
24329203    +E-mail/Text: comedbankruptcygroup@exeloncorp.com Mar 25 2017 00:52:27
              Commonwealth Edison Company,    3 Lincoln Center,    Attn: Bankruptcy Department,
              Oakbrook Terrace, IL 60181-4204
24342706    +EDI: IRS.COM Mar 25 2017 00:28:00      Department of the Treasury,    Internal Revenue Service,
              P.O. Box 7346,   Philadelphia, Pennsylvania 19101-7346
24217846    +E-mail/Text: rev.bankruptcy@illinois.gov Mar 25 2017 00:51:25
              Illinois Department of Revenue,    State of Illinois Center,    100 W. Randolph St.,
              Chicago, IL 60601-3300
24217857     EDI: NEXTEL.COM Mar 25 2017 00:28:00      Sprint,    PO Box 8077,   London, KY 40742-8077
24428161    +EDI: WFFC.COM Mar 25 2017 00:28:00      Wells Fargo Bank, N.A.,
              Attention: Bankruptcy Department,    MAC# D3347-014,    3476 Stateview Blvd,
              Fort Mill, SC 29715-7203
24574635    +EDI: WFFC.COM Mar 25 2017 00:28:00      Wells Fargo Card Services,    1 Home Campus 3rd Floor,
              Des Moines, IA 50328-0001
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24342707*   +Internal Revenue Service,    Mail Stop 5014CHI,    230 S. Dearborn Street, Room 2600,
              Chicago, Illinois 60604-1705
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: nbatson              Page 2 of 2                  Date Rcvd: Mar 24, 2017
                               Form ID: 3180RI            Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 24, 2017 at the address(es) listed below:
              Brian P Welch    on behalf of Debtor 1 John M. Scali, Sr. bwelch@craneheyman.com,
               gbalderas@craneheyman.com
              Henry B. Merens    on behalf of Creditor Roberto  Villalva hbm@ag-ltd.com
              Jeffrey M Monberg    on behalf of Creditor    Lakeside Bank jeffrey.monberg@quarles.com,
               jenny.fik@quarles.com
              Joel H Shapiro    on behalf of Interested Party    GRAND & PULASKI CITGO, INC. jshapiro@kksclaw.com
              Joel H Shapiro    on behalf of Debtor 1    GRAND & PULASKI CITGO, INC. jshapiro@kksclaw.com
              Joel H Shapiro    on behalf of Accountant    Blayer & Associates CPA P.C. jshapiro@kksclaw.com
              Joel H Shapiro    on behalf of Debtor 1 John M. Scali, Sr. jshapiro@kksclaw.com
              Joel H Shapiro    on behalf of blank    GRAND & PULASKI CITGO, INC. jshapiro@kksclaw.com
              Joel H Shapiro    on behalf of Creditor    GRAND & PULASKI CITGO, INC. jshapiro@kksclaw.com
              Joel H Shapiro    on behalf of Accountant Bernard  Blayer jshapiro@kksclaw.com
              John E Gierum    on behalf of Creditor Michael  Bartholomew john@gierummantas.com,
               karen@gierummantas.com
              Nisha B Parikh    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@fal-illinois.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Scott R Clar    on behalf of Creditor John M. Scali, Sr. sclar@craneheyman.com,
               mjoberhausen@craneheyman.com;asimon@craneheyman.com
              Scott R Clar    on behalf of Debtor 1 John M. Scali, Sr. sclar@craneheyman.com,
               mjoberhausen@craneheyman.com;asimon@craneheyman.com
              Steven B Chaiken    on behalf of Creditor Roberto  Villalva schaiken@ag-ltd.com,    lhope@ag-ltd.com
              Steven C Lindberg    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@fallaw.com
                                                                                             TOTAL: 17
```